# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TEBBE JACKSON

VERSUS

ST. HELENA PARISH SCHOOL
BOARD AND KELLI Y. JOSEPH,
INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS
SUPERINTENDENT OF SCHOOLS
FOR THE ST. HELENA PARISH
SCHOOL BOARD

NO.   2020 CW 0513

**AUGUST 3, 2020**

---

In Re:   St. Helena Parish School Board and Dr. Kelli Y.
         Joseph, applying for supervisory writs, 21st Judicial
         District Court, Parish of St. Helena, No. 23974.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.**   This writ application failed to
include a copy of the petition, pertinent court minutes and the
return date order, in violation of Rule 4-5(8), (10) and (11) of
the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted herein and documentation to
show that the original writ application was timely, and must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2.  Any new application must be filed on or before August 17,
2020, and must contain a copy of this ruling.

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT